MICHELE A. KIRALY
Nevada Bar No. 005036
PATTON, SHEA & KIRALY, P.C.
3016 W. Charleston Blvd., Ste. 195
Las Vegas, Nevada 89102
mkiraly@psklawfirm.com
(702) 870-6790 *Phone*
(702) 870-7490 *Fax*
       -AND-
Kym Samuel Cushing, Esq.
Nevada Bar No. 4242
Aryn M. Fitzwater, Esq.
Nevada Bar No. 8802
WILSON, ELSER, MOSKOWITZ, EDELMAN
 & DICKER, LLP
300 So. Fourth Street, 11th Floor
Las Vegas, NV 89101
Kym.Cushing@wilsonelser.com
Aryn.Fitzwater@wilsonelser.com
(702) 727-1400 *Phone*
(702) 727-1401 *Fax*

Attorneys for Defendant California Casualty
 Indemnity Exchange

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| LOUISE BREDICE, | Case No. 2:10-CV-01368-JCM-PAL |
|   Plaintiff, | |
| vs. | |
| CALIFORNIA CASUALTY INDEMNITY EXCHANGE; JOHN DOES I-V, inclusive; and BLACK AND WHITE COMPANIES, | |
|   Defendants. | |

### STIPULATION AND ORDER TO DISMISS WITH PREJUDICE

Whereas the parties have settled to their satisfaction,

1  IT IS HEREBY STIPULATED AND AGREED by and through their respective counsel
2  that the above-entitled matter be dismissed with prejudice, both sides to bear their own costs and
3  fees,
4  IT IS FURTHER STIPULATED AND AGREED that this matter has not been assigned
5
6  to a trial stack.
7                                              PATTON, SHEA & KIRALY, P.C.
8
9  DATED: March 7, 2011         By: /s/ Michele A. Kiraly
10                                              Michele A. Kiraly, Esq.
                                                3016 W. Charleston Blvd., Ste. 195
11                                              Las Vegas, Nevada 89102
                                                    -and-
12                                              Kym Samuel Cushing, Esq.
                                                Aryn M. Fitzwater, Esq.
13                                              WILSON, ELSER, MOSKOWITZ, EDELMAN
                                                  & DICKER, LLP
14                                              300 So. Fourth Street, 11th Floor
15                                              Las Vegas, NV 89101
                                                Attorneys for Defendant California Casualty
16                                                 Indemnity Exchange
17                                              THE LAW OFFICES OF ROBERT KILBY
18
19  DATED: March 5, 2011         By: /s/ Robert Kilby
20                                              Robert Kilby, Esq.
                                                540 W. Plumb Lane, Ste. 1C
21                                              Reno, NV  89509
                                                Attorney for Plaintiff
22

## ORDER

23
24  WHEREAS the parties have settled to their satisfaction and it appearing to the
25  satisfaction of the court that the parties hereto have stipulated by and through their respective
26  counsel that the above-entitled matter be dismissed with prejudice, both sides to bear their own
27
28  costs and fees,

///

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the above entitled action be dismissed with prejudice, each side to bear their own costs and fees incurred herein.

IT IS FURTHER ORDERED, ADJUDGED AND DECREED that this matter has not been assigned to a trial stack.

DATED this 14th day of March, 2011.

_____
UNITED STATES DISTRICT JUDGE

Submitted by:

PATTON, SHEA & KIRALY, P.C.

By: _____
MICHELE A. KIRALY
3016 W. Charleston Blvd., Ste. 195
Las Vegas, Nevada 89102
mkiraly@psklawfirm.com
(702) 870-6790 *Phone*
(702) 870-7490 *Fax*
    -AND-
Kym Samuel Cushing, Esq.
Aryn M. Fitzwater, Esq.
WILSON, ELSER, MOSKOWITZ, EDELMAN
 & DICKER, LLP
300 So. Fourth Street, 11th Floor
Las Vegas, NV 89101
Kym.Cushing@wilsonelser.com
Aryn.Fitzwater@wilsonelser.com